MARY E. WAIT, Respondent, *v.* JACOB W. BUTLER, Appellant.

APPEAL from an order at Special Term denying defendant's motion for leave to amend his answer.

Samuel W. Weiss, for appellant.

Cromwell G. Macy, for respondent.

CONLAN, J. The order appealed from must be reversed and defendant allowed to serve his proposed answer within five days from the service of the order herein on payment of costs before and after notice of trial, together with ten dollars' costs of the motion. No costs of this appeal.

Issue to remain and cause to be tried on short-cause calendar when reached.

O'DWYER, J., concurs.

Order reversed, without costs.